UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ACQUELINE SUNSHINE ADEYEMI | CIVIL ACTION NO. _____ |
| VERSUS | DISTRICT JUDGE _____ |
| CITY OF BUNKIE | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

Defendant, the City of Bunkie, herein gives notice that Avoyelles Parish Docket No. 2024-1947-A is hereby removed from the Twelfth Judicial District Court, Avoyelles Parish, Louisiana, to the United States District Court for the Western District of Louisiana, Alexandria Division pursuant to **28 U.S.C. §§ 1331, 1441, and 1446**, on the following basis:

### STATEMENT OF THE CASE

1.  On January 29, 2024, Plaintiff, Acqueline Sunshine Adeyemi, filed a Petition for Damages in the Twelfth Judicial District Court, Avoyelles Parish, Louisiana bearing the Docket No. 2024-1947-A, styled *"Acqueline Sunshine Adeyemi vs. City of Bunkie"*. (**Exhibit "A"**).

2.  Plaintiff alleges that she received no notice of the condemnation of property by the City and its demolition, "… in violations of her *constitutional rights* of notice, due process, and and opportunity to be heard." [Emphasis added.] (**Exhibit "A, ¶ 11**.) She also alleges "lack of due process;" "unauthorized taking" and a request for attorney's fees. (**Exhibit "A", ¶ 15**.)

3.  Plaintiff identifies herself as a citizen of Georgia. (**Exhibit "A", Preamble**.)

4.  The Petition alleges a violation of Plaintiffs' rights by Defendants; as previously set forth in ¶ 11 and ¶ 15 therein. (**Exhibit "A"**.)

5.  Personal service was made on the City of Bunkie at City Hall on January 31, 2024. (**Exhibit "B"**.)

6. The Petition alleges a violation of Plaintiff's right by Defendant; as previously set forth in ¶ 11 and ¶ 15 therein. (**Exhibit "A".**)

7. Plaintiff has not limited her "rights" claims to state law claims.

8. Plaintiff's Petition alleges additional supplemental state law claims. (**Exhibit "A," ¶ 15**.)

### FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. § 1331

9. This Court has original subject matter jurisdiction over the state court action under **28 U.S.C. § 1331**, because Plaintiff's claims of a violation of her rights represents a civil action arising under the Constitution and/or laws of the United States, namely as set forth in *Mennonite Board of Missions v. Adams*, 462 U.S. 791, 103 S.Ct. 2706 (1983).

### ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

10. Pursuant to **28 U.S.C. § 1446(a)**, the only pleadings served on Bunkie are attached as **Exhibit "A"**. **(See, Exhibit "B", service return)**.

11. Defendant has not filed any responsive pleadings in the state court action.

12. This Notice of Removal is filed within 30 days of the service (January 31, 2024) upon the City of Bunkie as required by **28 U.S.C. § 1446(b).**

13. A true and correct copy of this Notice of Removal will be filed with the Clerk of Court of the Twelfth Judicial District Court, Avoyelles Parish, Louisiana, and will be provided to counsel for Plaintiff.

14. To the best of undersigned's knowledge, information and belief, **Exhibits "A" and "B"** constitute all of the pleadings filed in the state court action.

14. Upon information and belief, no other Defendant has been served. (See **Exhibit "C," Civil Case Ledger from Avoyelles Parish Clerk**.)

WHEREFORE, Defendant, the City of Bunkie herein provides notice of the removal of the above-captioned action from the Twelfth Judicial District Court, Avoyelles Parish, Louisiana, to the United States District Court for the Western District of Louisiana, Alexandria Division.

Respectfully submitted,

**KEISER LAW FIRM, P.L.C.**

By: /s/ Randall B. Keiser
    Randall B. Keiser    #20894
    Matthew L. Nowlin    #34009
    P.O. Box 12358
    Alexandria, LA  71315
    Phone: (318) 443-6168
    Fax:    (318) 704-6473

*Counsel for City of Bunkie*

## CERTIFICATE OF SERVICE

I hereby CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record in a manner authorized by law on this 1st day of March, 2024.

/s/ Randall B. Keiser
OF COUNSEL