**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

---

**ACQUELINE SUNSHINE ADEYEMI**                                 **CASE NO.  24-cv-305**

**-vs-**                                                                                     **JUDGE DRELL**

**CITY OF BUNKIE**                                   **MAGISTRATE JUDGE PEREZ-MONTES**

---

## J U D G M E N T

The court having been advised of the settlement of the claims existing among the parties

and their joint desire to close this litigation, it is hereby

ORDERED, ADJUDGED and DECREED that all claims in the above-captioned suit are

DISMISSED WITH PREJUDICE with the right, upon good cause shown within SIXTY (60)

DAYS to reopen the suit if settlement is not consummated.  It is further

SPECIFICALLY ORDERED that the pretrial conference, currently scheduled for

August 21, 2025 is CANCELLED.

THUS DONE AND SIGNED at Alexandria, Louisiana this _6_ day of November

2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT