UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ACQUELINE SUNSHINE ADEYEMI | CIVIL ACTION NO. 1:24-CV-00305 |
| VERSUS | JUDGE DRELL |
| CITY OF BUNKIE | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT OF DISMISSAL

Considering the above and foregoing Stipulation of Dismissal:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims and demands of Plaintiff, ACQUELINE SUNSHINE ADEYEMI, against Defendant, CITY OF BUNKIE, in the above-captioned matter be, and they are hereby dismissed, with prejudice, with each party to pay their own record and non-record court costs.

THUS DONE AND SIGNED in Alexandria, Louisiana, this 30th day of December 2024.

_____
HONORABLE JUDGE DEE D. DRELL
SENIOR JUDGE, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION